

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00120-CV

| | | |
|---|---|---|
| Jody Weiderman | § | From the 236th District Court |
| | § | of Tarrant County (236-277052-15) |
| v. | | |
| | § | September 17, 2015 |
| The City of Arlington, Texas; and Jeff Williams, Mayor in his official capacity | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Jody Weiderman shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel